UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEMONDRAY D. MAYO, | Case No. 3:24-cv-00567-ART-CSD |
| Plaintiff, | **ORDER** |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

On September 17, 2025, the Court entered orders regarding the mediation that is set to take place in this case on October 28, 2025. (ECF Nos. 11, 12.) However, the attempt to deliver these orders to Plaintiff came back as undeliverable, with a note that Plaintiff is currently housed at High Desert State Prison ("HDSP"). (ECF No. 13.)

This Court's local rules require a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. Loc. R. IA 3-1. Failure of a pro se party to update his address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

In light of the note that Plaintiff is currently housed at HDSP, the Court will send a courtesy copy of this order to Plaintiff at HDSP. The Court grants Plaintiff until October 24, 2025, to file his updated address with the Court. If Plaintiff does not update the Court with his current address by that deadline, this case will be subject to dismissal without prejudice.

It is therefore ordered that Plaintiff shall file his updated address with the Court by October 24, 2025.

It is further ordered that, if Plaintiff does not timely comply with this order, this case will be subject to dismissal without prejudice.

///

1 It is further ordered that the Clerk of Court send a courtesy copy of this order to Plaintiff at High Desert State Prison.

DATED: September 24, 2025.

_____
UNITED STATES MAGISTRATE JUDGE